**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Barbara Ann Craft                  CHAPTER 13

                Debtor(s)

                 BKY. NO. 22-10722 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Mortgage Assets Management, LLC and index same on the master mailing list.

                                                              Respectfully submitted,

                                          /s/ Rebecca Solarz
                                          Rebecca Solarz
                                          31 Mar 2022, 13:42:39, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322