# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Barbara Ann Craft** | CASE NO – 22-10722 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 24th day of March, 2022, a true and correct copy of the Notice, Proposed Order and Motion to Continue Automatic Stay Pursuant to 11 U.S.C. Section 362 was served upon the following parties via electronic delivery through the U.S. Bankruptcy Court's ECF system or USPS first class mail upon:

Scott F. Waterman, Trustee  
P.O. Box 4010  
2901 St. Lawrence Avenue  
Reading, PA 19606  
ECFMail@ReadingCh13.com

United States Trustee  
Office of the U.S. Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, PA  19107  
USTPRegion03.PH.ECF@usdoj.gov

- ALL PARTIES LISTED ON THE ORIGINAL CREDIT MATRIX/LISTED BELOW

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire  
Charles Laputka, Esq.  
Attorney for Debtor  
PAID: 91984  
1344 W. Hamilton St.  
Allentown, PA 18102

| | |
|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | BB&T<br>PO Box 259407<br>Plano, TX 75025 |
| Charles & Frances Shimer<br>2235 Grove Street<br>Allentown, PA 18104 | Credence Resource Management<br>17000 Dallas Pkwy<br>STE 204<br>Dallas, TX 75248 |
| KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Michael A. Craft<br>1244 N. Ott St.<br>Allentown, PA 18104 |
| Parkland School District<br>C/O Portnoff Law Associates Ltd.<br>PO Box 391<br>Norristown, PA 19404 | PHH Mortgage<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 |
| Portnoff Law Associates Ltd.<br>PO Box 391<br>Norristown, PA 19404 | South Whitehall Township<br>4444 Walbert Ave<br>Allentown, PA 18104 |