## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    **Barbara Craft** | **CASE NO. 22-10722** |
| **Debtor** | **CHAPTER 13** |

### ORDER

AND NOW, this  2nd  day of  June  2022, upon consideration of the Debtor's Motion to Appoint Next Friend,

IT IS HEREBY ORDERED that Michael Craft be appointed by the Court to represent the interests of Barbara Craft, the above-captioned Debtor through the duration of the bankruptcy proceedings.

BY THE COURT

*Patricia M. Mayer*
_____
United States Bankruptcy Judge