UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Barbara Ann Craft | Bankruptcy No.22-10722-PMM |
| Debtor | |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of June, 2022, by first class mail upon those listed below:

Barbara Ann Craft
1244 N. Ott Street
Allentown, PA  18104

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee