| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10722-PMM**

Barbara Ann Craft
1244 N. Ott Street
Allentown  PA    18104

Petition Filed Date: 03/24/2022
341 Hearing Date: 04/26/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2022 | $500.00 | 19378528954 | 04/26/2022 | $295.00 | 19378528955 | 05/13/2022 | $500.00 | 19393641361 |
| 05/13/2022 | $295.00 | 19393641362 | 06/27/2022 | $295.00 | 19333279004 | 06/27/2022 | $500.00 | 19333279003 |
| 07/25/2022 | $795.00 | | | | | | | |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SOUTH WHITEHALL TOWNSHIP »» 001 | Secured Creditors | $3,002.78 | $0.00 | $0.00 |
| 2 | SOUTH WHITEHALL TOWNSHIP »» 002 | Secured Creditors | $1,156.83 | $0.00 | $0.00 |
| 3 | PHH MORTGAGE SERVICES »» 003 | Mortgage Arrears | $31,942.27 | $0.00 | $0.00 |

Chapter 13 Case No. 22-10722-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,180.00 | Current Monthly Payment: | $701.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $254.40 | Total Plan Base: | $42,436.00 |
| Funds on Hand: | $2,925.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.