**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Barbara A. Craft, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 22-10722 (PMM) |

# O R D E R

AND NOW, upon Motion of the Debtor to avoid a judicial lien held by Charles and Frances Shimer (doc. #34, the "Motion") in personal property and/or real property of the Debtor located at 1244 North Ott St. in Allentown, PA;

AND, the Debtor having asserted that the alleged lien arising from the judgment entered at Lehigh County Court of Common Pleas, docket number 2015-ML-0509 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondents and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

*Patricia M. Mayer*

Date: 9/1/22

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE