United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Barbara Ann Craft  
    Debtor

Case No. 22-10722-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 01, 2022      Form ID: 155      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Ann Craft, 1244 N. Ott Street, Allentown, PA 18104-2920 |
| 14678448 | + | BB&T, PO Box 259407, Plano, TX 75025-9407 |
| 14678449 | + | Charles & Frances Shimer, 2235 Grove Street, Allentown, PA 18104-2526 |
| 14678451 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14678452 | + | Michael A. Craft, 1244 N. Ott St, Allentown, PA 18104-2920 |
| 14680644 | + | Mortgage Assets Management, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14695601 | + | PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14678453 | + | Parkland School District, c/o Portnoff Law Associates Ltd., PO Box 391, Norristown, PA 19404-0391 |
| 14678455 | + | Portnoff Law Associates Ltd, P.O. Box 391, Norristown, PA 19404-0391 |
| 14686030 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14686182 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14678447 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 02 2022 00:54:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 14678450 | + | Email/Text: bankruptcy@credencerm.com | Sep 02 2022 00:55:00 | Credence Resource Management, 17000 Dallas Pkwy, Ste 204, Dallas, TX 75248-1940 |
| 14678451 | ^ | MEBN | Sep 02 2022 00:51:08 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14680644 | ^ | MEBN | Sep 02 2022 00:51:09 | Mortgage Assets Management, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14678454 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 02 2022 00:54:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14678456 | + | Email/Text: utilities@southwhitehall.com | Sep 02 2022 00:55:00 | South Whitehall Township, 4444 Walbert Ave, Allentown, PA 18104-1699 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 22-10722-pmm   Doc 43   Filed 09/03/22   Entered 09/04/22 00:30:45   Desc Imaged
Certificate of Notice   Page 2 of 3

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Barbara Ann Craft claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barbara Ann Craft
    Debtor(s)
                                    Chapter: 13

                                    Bankruptcy No: 22−10722−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 1st day of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Patricia M. Mayer
                                                Judge ,
                                                United States Bankruptcy Court

                                                               40
                                                           Form 155