| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Barbara Ann Craft | Case Number:<br><br>4:2022-bk-10722 | |
| Name of Creditor:<br>   PHH Mortgage Services | | |
| Name of Current Servicer of account:<br>   PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  PHH Mortgage Corporation<br>  PO Box 24605<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: RSVRF<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  5829** | | ___ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 3** | | |
| 3.   **Signature:**<br><br>  **Check the appropriate box.**<br>        **I am the creditor.**<br>   X  **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>        **I am the trustee, or the debtor.**<br>        **I am a guarantor, surety, endorser, or other codebtor.**<br><br>  By:   /s/ John Shelley                              Date:  02/18/2023<br>          Authorized Filing Agent for PHH Mortgage Services | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                      CASE NO.:     22-10722

**Barbara Ann Craft**                     CHAPTER:     13

         Debtor(s).

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                        *By U.S. Postal Service First Class Mail Postage Prepaid:*

Barbara Ann Craft
1244 N. Ott Street
Allentown, PA 18104

*Debtor's Attorney:*          *By CM / ECF Filing:*

CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

*Trustee:*                      *By CM / ECF Filing:*

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)