**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Barbara Ann Craft | : | |
| Debtor | | |
| | : | CASE NO. 22-10722 (PMM) |
| | : | |

**PRAECIPE TO CHANGE THE MAILING ADDRESS FOR TRUSTEE**
**DISBURSEMENTS ON CLAIM #2**

Please change the mailing address for trustee disbursements on claim #2 in the amount of $1,156.83 to:

Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
2700 Horizon Drive, Ste 100
King of Prussia, PA 19406
(484) 690-9341
(484) 690-9301 (facsimile)
Attorney for South Whitehall Township