**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                        CASE NO.: 22-10722-pmm
                                                                           CHAPTER 13

**Barbara Ann Craft,**
**Debtor**

                                                                /

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

    **PLEASE TAKE NOTICE THAT**, on behalf of Mortgage Assets Management, LLC ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: 49), filed on May 8, 2023.**

                                           By: /s/ Michelle L. McGowan
                                           Michelle L McGowan, Esq.
                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           PA I.D 62414
                                           13010 Morris Rd, Suite 450
                                           Alpharetta, GA 30004
                                           Telephone: 470-321-7113
                                           Email: mimcgowan@raslg.com
                                           *Attorney for Movant*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Barbara Ann Craft
1244 N. Ott Street
Allentown, PA 18104

And via electronic mail to:

CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/Michelle L. McGowan
Michelle L. McGowan