| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-10722-PMM**

Barbara Ann Craft
1244 N. Ott Street
Allentown  PA    18104

Petition Filed Date: 03/24/2022
341 Hearing Date: 04/26/2022
Confirmation Date: 09/01/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $701.00 | | 09/23/2022 | $701.00 | | 10/31/2022 | $701.00 | |
| 11/28/2022 | $701.00 | | 01/04/2023 | $701.00 | 22128 | 01/31/2023 | $500.00 | 19415799181 |
| 01/31/2023 | $201.00 | 19415799182 | 02/28/2023 | $350.00 | 19415799320 | 02/28/2023 | $351.00 | 19415799321 |
| 03/28/2023 | $351.00 | 19328454799 | 03/28/2023 | $350.00 | 19328454798 | 04/26/2023 | $351.00 | 19328455322 |
| 04/26/2023 | $350.00 | 19328455321 | 05/26/2023 | $351.00 | 19524399114 | 05/26/2023 | $350.00 | 19524399113 |
| 06/26/2023 | $500.00 | 19524399659 | 06/26/2023 | $201.00 | 19524399660 | 07/19/2023 | $351.00 | 19539986972 |
| 07/19/2023 | $350.00 | 19539986971 | | | | | | |

**Total Receipts for the Period:  $8,412.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,592.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | SOUTH WHITEHALL TOWNSHIP C/O<br>»»  001 | Secured Creditors | $3,002.78 | $713.11 | $2,289.67 |
| 2 | SOUTH WHITEHALL TOWNSHIP C/O<br>»»  002 | Secured Creditors | $1,156.83 | $274.75 | $882.08 |
| 3 | PHH MORTGAGE SERVICES<br>»»  003 | Mortgage Arrears | $31,942.27 | $7,585.75 | $24,356.52 |
| 4 | COUNTY OF LEHIGH FISCAL OFFICE<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,592.00 | Current Monthly Payment: | $701.00 |
| Paid to Claims: | $10,636.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $955.39 | Total Plan Base: | $42,436.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.