| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-10722-PMM**

| | |
|---|---|
| Barbara Ann Craft | Petition Filed Date: 03/24/2022 |
| 1244 N. Ott Street | 341 Hearing Date: 04/26/2022 |
| Allentown  PA   18104 | Confirmation Date: 09/01/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $350.00 | 19539987703 | 08/29/2023 | $351.00 | 19539987704 | 09/26/2023 | $351.00 | 19539988294 |
| 09/26/2023 | $350.00 | 19539988293 | 10/26/2023 | $351.00 | 19495677673 | 10/26/2023 | $350.00 | 19495677674 |
| 11/28/2023 | $350.00 | 19495678233 | 11/28/2023 | $351.00 | 19495678234 | 12/21/2023 | $350.00 | 19596353070 |
| 12/21/2023 | $351.00 | 19596353069 | 01/26/2024 | $350.00 | 19596353550 | 01/26/2024 | $351.00 | 19596353549 |
| 02/27/2024 | $400.00 | 19596354147 | 02/27/2024 | $301.00 | 19596354148 | 03/27/2024 | $500.00 | 19616319135 |
| 03/27/2024 | $201.00 | 19616319136 | 04/24/2024 | $201.00 | 19616319667 | 04/24/2024 | $500.00 | 19616319666 |
| 05/24/2024 | $351.00 | 19648975455 | 05/24/2024 | $350.00 | 19648975454 | 06/26/2024 | $350.00 | 19648975191 |
| 06/26/2024 | $351.00 | 19648975192 | 07/25/2024 | $350.00 | 19660278857 | 07/25/2024 | $351.00 | 19660278858 |

**Total Receipts for the Period: $8,412.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,004.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 1 | SOUTH WHITEHALL TOWNSHIP C/O<br>»» 001 | Secured Creditors | $3,002.78 | $1,343.99 | $1,658.79 |
| 2 | SOUTH WHITEHALL TOWNSHIP C/O<br>»» 002 | Secured Creditors | $1,156.83 | $517.81 | $639.02 |
| 3 | PHH MORTGAGE SERVICES<br>»» 003 | Mortgage Arrears | $31,942.27 | $14,296.68 | $17,645.59 |
| 4 | COUNTY OF LEHIGH FISCAL OFFICE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10722-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,004.00 | Current Monthly Payment: | $701.00 |
| Paid to Claims: | $18,221.48 | Arrearages: | $701.00 |
| Paid to Trustee: | $1,782.51 | Total Plan Base: | $42,436.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.