**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Barbara Ann Craft,**<br>　　　Debtor.<br><br>**Mortgage Assets Management, LLC,**<br>　　　Movant,<br><br>v.<br><br>**Barbara Ann Craft,**<br>　　　Debtor/Respondent,<br><br>**SCOTT F. WATERMAN, Esquire,**<br>　　　Trustee/Respondent. | **Bankruptcy No. 22-10722-pmm**<br><br>**Chapter 13** |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this  7th  day of  January , 2025, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1244 N OTT ST, ALLENTOWN, PA 18104, including without limitation a sheriff's sale of the property, and it is further

22-10722-pmm
23-106633
MFR

ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

*Patricia M. Mayer*

**Date: January 7, 2025**

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge