United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10722-pmm
Barbara Ann Craft | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jun 13, 2025      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Ann Craft, 1244 N. Ott Street, Allentown, PA 18104-2920 |
| 14678448 | + | BB&T, PO Box 259407, Plano, TX 75025-9407 |
| 14678449 | + | Charles & Frances Shimer, 2235 Grove Street, Allentown, PA 18104-2526 |
| 14721908 | + | County of Lehigh, Fiscal Office, Gov't Center, 17 S. Seventh St. Room 119, Allentown, PA 18101-2401 |
| 14678452 | + | Michael A. Craft, 1244 N. Ott St, Allentown, PA 18104-2920 |
| 14678453 | + | Parkland School District, c/o Portnoff Law Associates Ltd., PO Box 391, Norristown, PA 19404-0391 |
| 14678455 | + | Portnoff Law Associates Ltd, P.O. Box 391, Norristown, PA 19404-0391 |
| 14686030 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14686182 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 14 2025 00:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 14 2025 00:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 14 2025 00:22:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14678447 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2025 00:22:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 14678450 | + | Email/Text: bankruptcy@credencerm.com | Jun 14 2025 00:24:00 | Credence Resource Management, 17000 Dallas Pkwy, Ste 204, Dallas, TX 75248-1940 |
| 14678451 | ^ | MEBN | Jun 14 2025 00:14:18 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14766193 | + | Email/Text: RASEBN@raslg.com | Jun 14 2025 00:22:00 | Mortgage Assets Management, LLC, c/o Charles Wohlrab, Esq., 130 Clinton Rd, #202, Fairfield, NJ 07004-2927 |
| 14680644 | ^ | MEBN | Jun 14 2025 00:14:18 | Mortgage Assets Management, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14678454 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 14 2025 00:22:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14695601 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 14 2025 00:22:00 | PHH Mortgage Services, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14678456 | + | Email/Text: utilities@southwhitehall.com | Jun 14 2025 00:24:00 | South Whitehall Township, 4444 Walbert Ave, Allentown, PA 18104-1699 |

TOTAL: 11

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| nof | | Michael Craft |
| cr | *+ | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Barbara Ann Craft claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mortgage Assets Management LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mortgage Assets Management LLC mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:   
    Barbara Ann Craft

               Debtor

Chapter 13

Bankruptcy No. 22-10722-PMM

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*/s/ Patricia M. Mayer*

**Date: June 12, 2025**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE